# UNITED STATES DISTRICT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Product Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br>15-cv-03736<br>16-cv-00699<br>16-cv-01284<br>16-cv-01795<br>16-cv-02009<br>16-cv-02100<br>16-cv-02195<br>16-cv-02911<br>16-cv-03082<br>16-cv-03083<br>16-cv-03265<br>16-cv-03312<br>16-cv-03313<br>16-cv-03315<br>16-cv-03380<br>16-cv-03493<br>16-cv-03554<br>16-cv-04036<br>16-cv-04192<br>16-cv-04271<br>17-cv-00088<br>17-cv-00397<br>17-cv-00494<br>17-cv-00558<br>17-cv-00733<br>17-cv-00783<br>17-cv-00784<br>17-cv-00828<br>17-cv-01187<br>17-cv-01380<br>17-cv-01481<br>17-cv-01604<br>17-cv-01691 | **NOTICE OF WITHDRAWAL AND NOTICE OF APPEARANCE OF COUNSEL** |

17-cv-01767
17-cv-02372
17-cv-02750
17-cv-02753
17-cv-03520
17-cv-04001
17-cv-04002
17-cv-04003
17-cv-04152
17-cv-04173
17-cv-04174
17-cv-04215
17-cv-04226
17-cv-04333
17-cv-04334
17-cv-04341
17-cv-04468
17-cv-04522
17-cv-04558
17-cv-04573
17-cv-04607
17-cv-04674
17-cv-04697
17-cv-04752
17-cv-04873
17-cv-04922
17-cv-04952
17-cv-04959
17-cv-04991
17-cv-05142
17-cv-05195
17-cv-05480
18-cv-00451
18-cv-01398
18-cv-01593
18-cv-01997
18-cv-02494
18-cv-02598
18-cv-02601
18-cv-02609
18-cv-02667
18-cv-02702
18-cv-02750

```
18-cv-02823
18-cv-02859
18-cv-02919
18-cv-02925
18-cv-03023
18-cv-03044
18-cv-03045
18-cv-03409
19-cv-01284
19-cv-01285
19-cv-01288
19-cv-01290
19-cv-01312
19-cv-01459
19-cv-01460
```

TO: The Clerk of the Court and All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT Amanda M. Williams is no longer an attorney at the law firm of Gustafson Gluek PLLC and is hereby withdrawn as Counsel. Ms. Williams should be removed from the Court's service list with respect to these actions. Plaintiffs will continue to be represented by Gustafson Gluek PLLC, as well as by additional counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed as such.

The undersigned attorneys notify the Court and Counsel that Daniel E. Gustafson and Karla M. Gluek of Gustafson Gluek PLLC, shall appear as counsel of record for Plaintiffs going forward.

Dated: April 18, 2025                /s/Karla M. Gluek
                                     Daniel E. Gustafson
                                     Karla M. Gluek
                                     **GUSTAFSON GLUEK PLLC**
                                     120 South Sixth Street, Suite 2600

3

Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com

*Attorneys for Plaintiff*